JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NORMAN OLSEN, | Case No. EDCV 08-891 JFW(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW MARTEL, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: August 20, 2008

_____/s/_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE